384 A.2d 988

Commonwealth v. Mahood, Appellant.

Argued November 18, 1977.  Andrew M. Miller, for appellant;  Charles S. Hersh, Assistant District Attorney, with him Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.